# United States District Court

## SOUTHERN DISTRICT OF NEW YORK
### EASTERN

JUDGMENT NO. _____          MISC 06. 495
                                       DOCKET NO. _____

THE PRESIDENT OF THE UNITED STATES OF AMERICA
*To the Marshal of the Southern District of New York, GREETING:*
      Eastern
    YOU ARE COMMANDED, that of the goods and chattels of _____ RICHARD J. GAMBALE

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ **OCT 1 0 2006** ★

**BROOKLYN OFFICE**

in your district you cause to be made the sum of ___ THREE THOUSAND THREE HUNDRED

_____ dollars and _____ cents, ($ _3,300.00_ )

which lately in the United States District Court of the United States for the Southern District of New York, in the Second
                                    Eastern
Circuit, _____ CHARLES M. FORMAN

recovered against the said _____ RICHARD J. GAMBALE

in an action between _____ CHARLES M. FORMAN, Chapter 7 Trustee for the Estate of
             UPSALA COLLEGE

PLAINTIFF and _____ RICHARD J. GAMBALE

DEFENDANT, in favor of said _____ CHARLES M. FORMAN

as appears by the record filed in the Clerk's Office of said District Court on the _____ day

of _____, in the year of _____

and if sufficient personal property of the said judgment debtor cannot be found in your District, that then you cause the
same to be made out of the real property belonging to such judgment debtor on the above-mentioned day, or at any time
thereafter, in whose hands soever the same may be, and return this execution within sixty days after its receipt by you, to
the Clerk of said District Court.

               EDWARD R. KORMAN
    WITNESS, the Honorable Kimba M. Wood, Chief Judge of the United States District Court, for the Eastern
District of New York, at the City of New York, on the _____ day of _____ in the
year of our Lord _____, and of the Independence of the United States the two hundred twenty-seventh
year.
          *(year)*

                                          **CLERK**

SDNY Web 7/2002

B 265
(8/96)

# United States Bankruptcy Court

### District Of _____ NEW   JERSEY _____

In re _____ UPSALA  COLLEGE _____ ,

<div style="float:right">4 9 5</div>

Debtor

CHARLES M. FORMAN, CHAPTER  7
TRUSTEE OF THE ESTATE OF
UPSALA  COLLEGE _____ ,

Plaintiff

v.

RICHARD J. GAMBALE _____ ,

Defendant

)
)
)
)
)
)
)
)
)
)
)

Case No. _95-24929 (NLW)_

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★  OCT 1 0 2006  ★

**BROOKLYN OFFICE**

Chapter __7__

Adv. Proc. No. _98-2673 (NLW)_

## CERTIFICATION OF JUDGMENT FOR
## REGISTRATION IN ANOTHER DISTRICT

I, clerk of the United States Bankruptcy Court, do certify that the attached judgment is a true and correct copy of the original judgment entered in this proceeding on _Jan. 6, 1999_ as it appears in the records of this court, and that:

    (date)

☑ No notice of appeal from this judgment has been filed, and no motion of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, has been filed.

☑ No notice of appeal from this judgment has been filed, and any motions of the kind set forth in Federal Rule of Civil Procedure 60, as made applicable by Federal Rule of Bankruptcy Procedure 9024, have been disposed of, the latest order disposing of such a motion having been entered on _____ .

    (date)

☐ An appeal was taken from this judgment, and the judgment was affirmed by mandate of the _____ issued on _____ .

    (name of court)    (date)

☐ An appeal was taken from this judgment, and the appeal was dismissed by order entered on _____ .

    (date)

_James J Waldron_
Clerk of the Bankruptcy Court

_9/14/06_
Date

By: _Margaret R McGettigan_
Deputy Clerk

*4.54%*

FORMAN HOLT & ELIADES, LLC
218 ROUTE 17 NORTH
ROCHELLE PARK, NEW JERSEY   07662
(201) 845-1000
Attorneys for Charles M. Forman,
Chapter 7 Trustee
(JLS-5023)

| | |
|---|---|
| In the Matter of: | : |
| | |
| UPSALA COLLEGE, | : |
| | : |
| Debtor. | : |

---

| | |
|---|---|
| CHARLES M. FORMAN, CHAPTER 7 | : |
| TRUSTEE OF THE ESTATE OF | |
| UPSALA COLLEGE | : |
| | |
| Plaintiff, | : |
| | |
| v. | : |
| | |
| WALIDAH I. ALI, RAFAEL ALIX, | : |
| JOSEPH J. ALVERNA, CRYSTAL L. | |
| ANDERSON-CONTE, CHAD | : |
| ANSHELEWITZ, JOSEPH ANTAO, | |
| MICHAEL I. ANTOINE, JOCELYN Y. | : |
| AVANCE, KATRINA BABBITT, EDDIE | |
| BARRETT, MONIQUE N. BARRON, | : |
| QUINCY D. BELL, CYNDI BENNETT, | |
| MARCUS BERRY, STEPHANIE R. | : |
| BRYANT, SHARON I. BURNETT, | |
| TIMOTHY M. BURNS, WADIYA M. | : |
| BYNOE, WILLIAM B. CALDWELL, | |
| LA TONYA J. CHISOLM, HAE-SUK | : |
| CHUNG, MARK CIPOLETTO, KENNETH | |
| W. CLARK, GEORGE CLARKE III, | : |
| KENNETH D. CLAYTON, PETER J. | |
| COFRANCESCO, SHARRON COLEMAN, | : |
| TONYA COLEMAN, ZANZELL | |
| COLEMAN, BRONSON CONNER, | : |
| KECHIA B. COPELAND, MICHELLE | |
| CRAWFORD, T'AWANA D. CRAWFORD, | : |
| NICHOLAS D'ANNA, JOHN V. | |
| DASILVA, MARVIN L. DAVENPORT, | : |
| VITO DIGIORGIO JR., ANTHONY J. | |
| DI SILVESTRO, MICHAEL DOCTOR, | : |
| MARCIA DUNDAS, LAURA EARLEY, | |
| SAMANTHA N. EPPS, KENDRA N. | : |
| FAULKNER, MICHAEL K. FERGUSON, | |
| JOSE H. FERMIN, GARRY FOUCHE, | : |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

Chapter 7 Proceeding

Case No. 95-24929 NLW

*Gambale,
Richard J.*

Adv. Pro. No. 98-2673 (NLW)

FILED
JAMES J. WALDRON, CLERK

JAN   6 1998

U.S. BANKRUPTCY COURT
NEWARK, N.J.

BY_____ DEPUTY

I hereby certify that the foregoing
is a TRUE COPY of the original on
file in the office of the Clerk of
the United States Bankruptcy Court.
_Margaret R McHugh_ Deputy.

670

RICHARD J. GAMBALE, JASON
GARCIA, RAHSAAN A. GOINES,            :
DAVID GOLDSTEIN, LAMONT L.
GOLDSTON, ANGEL L. GONZALEZ,          :
ROSALYN T. GOODWATER, LORRAINE
HAGEDOORN, DUANE M. HAMLIN,           :
ERIC C. HANSEN JR., GERALDINE
HANSON, YOLANDA L. HARDEN,            :
DARRYL HARRIS, CHAUTAUQUA L.
HART, SHARANCE T. HELMS,              :
VALESSA A. HENDRICKS, JAMES
HESTER, DAVID HOFFMAN, ROBERT         :
INGRAM, SHANNA JACKMAN,
GABRIEL JACKSON, SYNDI JARIDO,        :
JANET JEAN-BAPTISTE, MIRANDA
JOHNSON, NATASHA M. JOHNSON,          :
RODRICK S. JONES, RONNA JONES,
ROBERT L. JONES, SAMUEL L.            :
JORDAN, KEVIN R. KELLY, JOSEPH
KERN, JEROMY KING, TERRENCE W.:
LANE, RHONDA D. LAUREL,
SCHANTRINA LEAPHART, YOLANDA          :
LEE, SEAN LIGGINS, D'ANGELA Y.
MARRERO, SHELTON C. MASON,            :
DANIELLE MATTHES, ANTHONY
MAYO, KIMBERLY MCGHEE,                :
CHRISTINE MILLER, JEFFREY A.
MORENO, JANICE A. MORRISON,           :
DIANNA NATALE, LEE K. NIXON,
SCOTT G. OLLER, ZORELBA               :
ORTIZ-MORALES, VICTORIA L.
PERKINS, HERNANI JORGE A.             :
PINHEIRO, PAUL S. POINDEXTER,
KESHIA A. PORTER, TYRONE B.           :
RAEFORD,

                        :

           Defendants.

                        :

---

### JUDGMENT OF DEFAULT

    **IN THIS ACTION**, the defendant Richard Gambale, (the "Defendant") having been regularly served with the Summons and Complaint, and having failed to plead or otherwise defend, and the legal time for pleading or otherwise defending having expired and the default to such defendant having been duly entered according to law; upon the application of Plaintiff, Charles M. Forman, the

Chapter 7 Trustee of the estate of Upsala College, judgment is hereby entered against the referenced Defendant.

**WHEREFORE**, it is on this ___6th___ day of ___Jan___, 1998,

**ORDERED AND ADJUDGED,** that final judgment be and is hereby entered in favor of the Plaintiff, in the sum of $___3,300.00___ with lawful interest computed thereon at the judgment rate, and costs of suit.

NOVALYN L. WINFIELD
_____
HONORABLE NOVALYN L. WINFIELD
UNITED STATES BANKRUPTCY JUDGE